# United States Court of Appeals
## For the First Circuit

No. 08-2110

UNITED STATES OF AMERICA,

Appellee,

v.

NELIZA FIGUEROA-CARTAGENA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on July 16, 2010, is amended as follows:

On page 41, line 14 of footnote 27: replace "Maj. Op. at 9 n.7." with "Maj. Op. at 9 n.9."